Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

August 26 20 21

Ravi Subramanian, Clerk

By _Stfanie Prat_ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff

v.

LYNN MANLEY CARGILE,

Defendant.

NO. CR21-5290RJB

INDICTMENT

The Grand Jury charges that:

## COUNT 1

### (Felon in Possession of Firearms)

On or about December 26, 2019, in Battle Ground, within the Western District of Washington, LYNN MANLEY CARGILE, knowing he had been convicted of the following crimes punishable by imprisonment for a term exceeding one year, namely:

*Attempting to Elude a Pursuing Police Vehicle* – in Clark County Superior Court, Washington, under cause number 04-1-01012-8, dated on or about August 23, 2004;

*Attempting to Elude a Pursuing Police Vehicle* – in Clark County Superior Court, Washington, under cause number 03-1-01350-1, dated on or about October 23, 2003;

Indictment / Lynn M. Cargile - 1

*Unlawful Possession of a Firearm in the Second Degree* – in Clark County Superior Court, Washington, under cause number 01-1-02022-6, dated on or about January 30, 2002; and

*Unlawful Possession of a Firearm in the Second Degree* – in Clark County Superior Court, Washington, under cause number 99-1-01614-9, dated on or about November 19, 1999;

did knowingly possess, in and affecting interstate and foreign commerce, the following firearms:

- a Smith and Wesson, model M&P15-22, .22 LR caliber rifle bearing serial number DFJ7209;

- a Black Rain Ordnance, model SPEC15, .223 REM caliber rifle bearing serial number SP002588;

each of which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

## COUNT 2

### (Possession of Unregistered Firearms)

On or about December 26, 2019, in Battle Ground, within the Western District of Washington, LYNN MANLEY CARGILE knowingly possessed a firearm which was not registered to him in the National Firearms Registration and Transfer Record, as required by law, namely:

- a Black Rain Ordnance, model SPEC15, .223 REM caliber rifle bearing serial number SP002588 with a 7-1/8 inch barrel, a rifle having a barrel of less than 16 inches;

- a cylindrical firearm silencer, black in color, made from a non-ferrous metal, with metallic tape around the exterior, measuring approximately 9-3/4 inches in total length, and approximately 2 inches in diameter, without a serial number or other identifying manufacturer marking, that silences, muffles or diminishes the report of a portable firearm; and

Indictment / Lynn M. Cargile - 2

1     •   a cylindrical firearm silencer, black in color, made from a non-ferrous metal,

2         measuring approximately 6 inches in total length, and approximately 1 inch in

3         diameter, without a serial number or other identifying manufacturer marking, that

4         silences, muffles or diminishes the report of a portable firearm.

5     All in violation of Title 26, United States Code, Sections 5861(d).

6                  <u>ASSET FORFEITURE ALLEGATION</u>

7        The allegations contained in this Indictment are hereby realleged and incorporated

8 by reference for the purpose of alleging forfeiture.

9        Upon conviction of either of the offenses charged in Counts 1 and 2, the defendant

10 LYNN MANLEY CARGILE shall forfeit to the United States, pursuant to Title 18,

11 United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section

12 2461(c), any firearms or ammunition involved in the offense.

13

14       **Substitute Assets.** If any of the above-described forfeitable property, as a result of

15 any act or omission of the Defendant,

16       1.     cannot be located upon the exercise of due diligence;

17       2.     has been transferred or sold to, or deposited with a third party;

18       3.     has been placed beyond the jurisdiction of the Court;

19       4.     has been substantially diminished in value; or,

20       5.     has been commingled with other property which cannot be divided without

21            difficulty;

22 //

23 //

24 //

25

26

27

28

Indictment / Lynn M. Cargile - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  it is the intent of the United States, pursuant to Title 21, United States Code, Section

2  853(p), to seek the forfeiture of any other property of the Defendant up to the value of the

3  above-described forfeitable property.

4

5                                              A TRUE BILL:

6

7                                              DATED: 25 Aug 2021

8

9                                              *Signature of foreperson redacted*

10                                             *pursuant to the policy of the Judicial*
                                               *Conference of the United States*

11                                             _____

12                                             FOREPERSON

13

14  _____

15  TESSA M. GORMAN
    Acting United States Attorney

16

17  _____

18  TODD GREENBERG
    Assistant United States Attorney

19

20

21  _____

22  ANGELICA WILLIAMS
    Assistant United States Attorney

23

24

25

26

27

28

Indictment / Lynn M. Cargile - 4