THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>LYNN MANLEY CARGILE,<br><br>        Defendant. | No. CR21-5290-RSM-MLP<br><br>ORDER GRANTING MOTION TO SEAL DEFENDANT'S SENTENCING MEMORANDUM AND EXHIBITS |

THIS MATTER has come before the undersigned on the motion of Defendant Lynn Cargile to seal Defendant's Sentencing Memorandum and Exhibits [dkt. 41, 42]. The Court has considered the motion and records in this case and finds there are compelling reasons to file the documents under seal.

IT IS HEREBY ORDERED that Defendant's Sentencing Memorandum and Exhibits [dkt. 41, 42] be filed under seal.

DATED this 18th day of April, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Christian Izaguirre*
Assistant Federal Public Defender
Attorney for Lynn Cargile

ORDER TO SEAL
(*United States v. Cargile*, CR21-5290-RSM-MLP) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710