THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR21-5290-RSM |
| Plaintiff, | |
| v. | ORDER TO SEAL DOCUMENT |
| LYNN MANLEY CARGILE, | |
| Defendant. | |

THIS MATTER has come before the undersigned on the motion of Lynn Cargile to file Exhibit D in support of his Motion to Terminate Supervised Release under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS HEREBY ORDERED that Exhibit D be filed under seal.

DATED this 16th day of January 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Heather Carroll*
Assistant Federal Public Defender
Attorney for Lynn Cargile

ORDER TO SEAL DOCUMENT
(*United States v. Cargile*; CR21-5290-RSM)

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710