THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR21-5290-RSM |
| Plaintiff, | |
| v. | ORDER FOR TERMINATION OF SUPERVISED RELEASE |
| LYNN MANLEY CARGILE, | |
| Defendant. | |

THE COURT has considered Lynn Cargile's motion to terminate his remaining period of supervised release, the records in this case, and the factors set forth in 18 U.S.C. § 3553(a).

IT IS ORDERED that Mr. Cargile's term of supervised release be terminated pursuant to 18 U.S.C. § 3583(e).

DATED this 6th day of February, 2025.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Heather Carroll*
Assistant Federal Public Defender
Attorney for Lynn Cargile

ORDER FOR TERMINATION OF
SUPERVISED RELEASE
(*United States v. Cargile*; CR21-5290-RSM) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710